IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB LESTER SHAW                                                                                    PLAINTIFF

v.                                                      Civil No. 4:20-cv-04081

JOEY JACKSON, Former Jailer, Little
River County Jail ("LRCJ"); GINA BUTLER, Jail
Administrator, LRCJ; CAPTAIN TRACEY SMITH,
LRCJ; TIM GARNER, Transport Officer, LRCJ; and
DEPUTY RUSSELL HOPKINS, LRCJ                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Plaintiff's Motion for Reconsideration (ECF No. 19) be denied.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Reconsideration (ECF No. 19) is **DENIED**.

**IT IS SO ORDERED**, this 1st day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge