IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB LESTER SHAW                                                                                    PLAINTIFF

v.                                             Civil No. 4:20-cv-04081

JOEY JACKSON, Former Jailer, Little River County
Jail ("LRCJ"); GINA BUTLER, Jail Administrator LRCJ;
CAPTAIN TRACEY SMITH, LRCJ; TIM GARNER,
Transport Officer, LRCJ; and DEPUTY RUSSELL
HOPKINS, LRCJ                                                                                      DEFENDANTS

## ORDER

Plaintiff Jacob Lester Shaw filed this case *pro se* pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's failure to provide service information for Defendant Joey Jackson.

On January 29, 2021, the summons issued to Defendant Jackson was returned unexecuted indicating "1/7/21 – Little River County does not employ Joey Jackson and doesn't have a good last known address for him." (ECF No. 27). On February 1, 2021, the Court entered an order directing Plaintiff to provide information to serve Defendant Jackson by February 22, 2021. (ECF No. 28). On February 8, 2021, the Court granted Plaintiff an extension of time until April 9, 2021, to provide the service information for Defendant Jackson. (ECF No. 31). This order informed Plaintiff that failure to provide the Court with the information by that date would result in the dismissal of Jackson as a Defendant in this lawsuit. *Id.* To date, Plaintiff has not provided the Court with any information on service and the order directing him to do so has not been returned as undeliverable.

**Accordingly, the Clerk is directed to TERMINATE Joey Jackson as a Defendant in this action.**

**IT IS SO ORDERED** this 20th day of April 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE